Upon consideration of relators' motion for an expedited alternative writ and expedited briefing schedule,

It is ordered by the court that the motion is denied.

O'DONNELL, J., dissents and would grant an alternative writ.

## DISCIPLINARY CASES

**1999–2261.   Cuyahoga Cty. Bar Assn. v. Meros.**

This cause came on for further consideration upon the filing of a motion to vacate or, in the alternative, verified petition for reinstatement by respondent, Thomas L. Meros. Upon consideration thereof,

It is ordered by the court that the motion is denied.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1556.   State ex rel. Gager v. Indus. Comm.**
Franklin App. No. 05AP–945, 2006-Ohio-3811.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):